BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  916-554-2991
Facsimile:   916-554-2900
E-Mail:   Earlene.Gordon@usdoj.gov

Attorney for Defendant Eric H. Holder, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

### San Francisco District Office

| | |
|---|---|
| LILLIAN ARAUZHAASE,<br><br>            Plaintiff,<br><br>     vs.<br><br>ERIC H. HOLDER, JR., Attorney General, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>            Defendant. | Case No. 3:10-cv-00881- SI<br><br>JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER<br><br>Date:  November 3, 2010<br>Time:  3:00 pm<br>Hon. Susan Illston |

Plaintiff Lillian Arauzhaase and Defendant Eric Holder, Jr., by and through counsel, hereby stipulate to the continuance of the Case Management Conference presently set for November 3, 2010, at 3:00 p.m., in order that the parties can complete the mediation scheduled for November 10, 2010, and furthermore request that the Case Management Conference be reset for Thursday, December 9, 2010, at 3:00 p.m.

Dated: November 3, 2010          /s/ Laurel A. Mousseau
                                 Laurel A. Mousseau
                                 ATTORNEY FOR PLAINTIFF


Dated: November 3, 2010          BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY


                          By     /s/ J. Earlene Gordon
                                 J. EARLENE GORDON
                                 Assistant United States Attorney


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: November 3, 2010          _____
                                 **SUSAN ILLSTON**
                                 **United States District Judge**