*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

Laurel A. Mousseau (SBN 141484)
LAW OFFICE OF LAUREL MOUSSEAU
1432 Edinburgh Street
San Mateo, CA 94402
Ph: (415) 987-0692
e-mail: la-mousseau@yahoo.com__

Attorneys for Plaintiff Lillian ArauzHaase

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIAN ARAUZHAASE,<br><br>        Plaintiff,<br><br>    vs.<br><br>ERIC H. HOLDER, JR., ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No.: C 10-00881 SI<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Burton Mousseau LLP has dissolved and Jocelyn Burton (SBN135879) is no longer representing Plaintiff Lillian Arauzhaase.  Please direct all further mailings to Laurel Mousseau of Laurel Mousseau, Attorney at Law, 1432 Edinburgh Street, San Mateo, CA 94402, ph:  (415) 987-0692, la_mousseau@yahoo.com, who remains counsel of record for Plaintiff.

                                        Respectfully Submitted,


Dated: March 28, 2011                ____//ss//_____
                                        Laurel Mousseau, Attorney for
                                        Plaintiff Lillian ArauzHaase

COMPLAINT - 1